# J. A. SCRIVEN COMPANY *v.* FERGUSON McKINNEY DRY GOODS COMPANY.

This case is governed by the decision of the court in *J. A. Scriven Co.* v. *W. H. Towles Mfg. Co. ante,* 321.

No. 510.   Patent Appeals.   Submitted November 12, 1908.   Decided January 5, 1909.

HEARING on an appeal from a decision of the Commissioner of Patents sustaining an opposition to an application for the registration of a trademark.                    *Affirmed.*

The facts are stated in the opinion.

*Mr. Arthur v. Briesen* and *Mr. George W. Case, Jr.,* for the appellant.

*Mr. Samuel S. Watson* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

This is an opposition by another party [J. A. Scriven Company], to the registration of the mark involved in *J. A. Scriven Co.* v. *W. H. Towles Mfg. Co.* No. 509, just decided [*ante,* 321].

It follows that the decision will be the same as in the other case.

The decision of the Commissioner of Patents is affirmed, and the clerk of the court will certify this opinion and the proceedings in this court to the Commissioner of Patents, as required by law.                    *Affirmed.*